**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1346**

In re:  ROBERT A. WOLF,

        Debtor,

--------------------------------

THOMAS P. GORMAN,

        Plaintiff – Appellant,

    v.

ROBERT A. WOLF,

        Defendant – Appellee,

--------------------------------

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS,

        Amicus Supporting Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:13-cv-01409-GBL-JFA)

Submitted:  October 24, 2014      Decided:  November 6, 2014

Before WILKINSON, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eva Choi, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellant. Robert R. Weed, Kaitlin A. Vaillancourt, LAW OFFICES OF ROBERT ROSS WEED, Sterling, Virginia, for Appellee; Tara Twomey, Raymond DiGuiseppe, NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER, San Jose, California, for Amicus Curiae.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas P. Gorman, the bankruptcy trustee, appeals from the district court's order upholding the bankruptcy court's order overruling the trustee's objection to Robert A. Wolf's Chapter 13 bankruptcy plan, and confirming the Chapter 13 plan. We have reviewed the record and the briefs filed on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gorman v. Wolf, No. 1:13-cv-01409-GBL-JFA (E.D. Va. filed Mar. 24, 2014; entered Mar. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED